*Jeffrey J. Tinley*, in opposition.

Decided May 18, 2000

### STATE OF CONNECTICUT *v.* JOE ALAMO

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 233 (AC 19059), is denied.

*H. Jeffrey Beck*, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided May 18, 2000

### STATE OF CONNECTICUT *v.* DAVID BOYD

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 176 (AC 18167), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Melvin A. Simon*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, deputy assistant state's attorney, in opposition.

Decided May 18, 2000

### STATE OF CONNECTICUT *v.* LARRY JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 156 (AC 18405), is denied.